```
                                            FILED
                                          NOV 1 5 2007
                                       CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Criminal Case No. 07CR3121-BEN |
| Plaintiff,    ) | I N F O R M A T I O N |
| v.    ) | Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony) |
| JOSE MANUEL OROZCO-ARELLANO,    ) | |
| Defendant.    ) | |

The United States Attorney charges:

On or about October 17, 2007, within the Southern District of California, defendant JOSE MANUEL OROZCO-ARELLANO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: 11/15/07

KAREN P. HEWITT
United States Attorney

*Charlotte E. Kaiser for*

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:San Diego
10/30/2007